

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00672-CV

**SAN ANTONIO VILLA DEL SOL HOMEOWNERS ASSOCIATION**,
Appellant

v.

Michael **MCCORMACK**, Michael Hopkins, Dora Alexander, and Diana Alaniz,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-11817
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant San Antonio Villa del Sol Homeowners Association.

SIGNED October 4, 2023.

_____
Patricia O. Alvarez, Justice